IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA LITTLEJOHN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Commissioner of Social Security | : | NO. 22-4678 |

**O R D E R**

SCOTT W. REID, J.

AND NOW, this 17th day of July, 2023, it is hereby ORDERED that Claimant's Request for Review is DENIED, and it is FURTHER ORDERED that JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE